| Date | Pleading Number | |
|---|---|---|
| 3/3/71 | 1. | Motion to consolidate under section 1407 four actions presently pending in Kansas, E.D. Illinois, N.D. Georgia & S.D. Indiana. |
| 4/23/71 | 2 | Brief in support of motion to consolidate under section 1407 the four actions presently pending in Kansas, E.D.Ill, N.D. Ga. & S.D. Ind. |
| 4/28/71 | 3. | Brief (Supplemental) in support of motion |
| 5/4/71 | 3a | Filed request from THOMAS A. FLANNERY for extension of time to file response to motion to and including 6/1/71. Order entered extending time to file response to 6/1/71. Notified counsel. |
| 5/27/71 | A | ORDER entered. denying motion to consolidate under §1407 |
| 9/25/72 | 3B | NEW MOTION TO CONSOLIDATE. miscellaneous exhibits and House Judiciary Comm. hearings on bills to improve parole systems. |
| 11/2/72 | 4 | Official Notice of Hearing in N.D. Ga. w/cover letter |
| 11/13/72 | 5. | Plaintiff Certificate of service for New motion to Consolidate w/ltr. |
| 12/15/72 | 6 | Defendant U. S. response to the motion w/cert of service |
| 12/27/72 | 6a | Pltf. request for extension of time to file reply and such further documents as are deemed necessary |
| 12/27/72 | A | ORDER extending to 1/10/72 the time for plaintiff to file reply and such further documents as are deemed necessary. |
| 1/10/73 | 7. | Petitioner's Replication w/cert. of service filed by Emmergency Counsel |
| 1/11/73 | 8 | Petitioners Reply Brief w/cert of service |
| 1/18/73 | 8a | Def. U.S. request for ext. of time for responding to movant's replication |
| 1/22/73 | | ORDER - extending to defendant United States to and including 1/25/73 for filing additional briefs or statement and extending to movant to and including 1/30/73 for filing reply brief. Notified counsel. |
| 1/26/73 | 9 | U.S. response to motion to transfer w/cert. of service |
| 2/2/73 | 10 | Bishop Theriault surreplication /no service indicated. |
| 2/8/73 | 11 | Bishop Theriault Waiver to appear at hearing, w/copy of J. Edenfield's order of Jan. 22, 1973 |
| | | Church of the New Song v. Raymond K. Procunier, et al., N.D. CALIF. Civil Action No. C-73-0345-ACW (B-1) |
| 3/28/73 | 12 | Motion of plaintiffs to consider action as tag-along |
| 1/31/74 | 13 | BISHOP THERIAULT Motion to act on the pleadings that have been filed in this litigation. |
| 3/13/74 | | Order deferring action on movant's motion pending decision of Court of Appeals for the Fifth Circuit. Notified parties and involved judges. |
| 2/1/77 | | ORDER DENYING TRANSFER of actions A-1 thru A-12 and B-1 filed today. Notified involved counsel, involved judges, interested judges and counsel, recipients. |

| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO. | DAY | YEAR | J | N/S | O | D PTF | DEF | R 23 | S | DEMAND OTHER NEAREST $1,000 | JUDGE/MAG NUMBER | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 651 | 02 | 79 | 2518 | 07 | 23 | 79 | 2 | 550 | 1 | | | | | | 5/04 ~~5103~~ | | 79 | 792518 XX |

**PLAINTIFFS**

/ LIGHTBRINGER SHILOH

Caption Amended by Order of 8-6-79
DR. H. SHILOH THERIAULT

    VS.

HAL HOPKINS, Warden, F.C.I., Memphis

**DEFENDANTS**

EXECUTIVE BRANCH OF THE UNITED STATES

ROBERT M. MCRAE, JR.

Consolidated 8-21-79
with
79-2504
79-2539
79-2541

transferred to Judge McRae 8-23-79

**CAUSE**

Complaint Challenging Conditions of Confinement in Federal Prison

**ATTORNEYS**

Lightbringer Shiloh
aka Dr. H. Shiloh Theriault #90987-131
U.S. Penitentiary
Marion, Illinois 62959

temporarily at Federal Correctional Institution
7-23-79        P.O. Box 34550
             Memphis, Tennessee 38134

W. JAMES ELLISON,  AUSA
Office of the U.S. Attorney
1058 Federal Bldg.
Memphis, Tennessee  38103

| CHECK HERE IF CASE WAS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| XX | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | no | | JS-5 | July 1979 |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 23 79 | 01 | COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT IN FEDERAL PRISON |
| 23 79 | 02 | ORDER ORDER ALLOWING SUIT TO BE FILED ON P.O. AND ORDERING CLERK TO ISSUE SERVICE FOR THE DEFENDANT HAL R. HOPKINS; ALSO RECOMMENDING THAT CASE BE DISMISSED AS TO EXECUTIVE OFFICERS, ETC.- copies to Judge Brown and Theriault |
| 23 79 | 03 | ISSUED SUMMONS FOR HOPKINS AND U.S. ATTORNEY AND HANDED MARSHAL |
| 31-79 | 4. | MR ON SUMMONS, FOR W. J. MICHAEL CODY-EXECD 7-25-79 |
| 31-79 | 5 | MOTION FOR SUMMARY JUDGMENT W/MEMO IN SUPPORT ATTACHED (of deft)    CHJB |
| 2-79 | 6 | ORDER OF REFERENCE (complaint REFERRED TO MAGISTRATE for hearing, if necessary, and determination) CHJB, MAGISTRATE & USA; mailed Petitioner, C/o FCI, Memphis, Tn |
| 3 06 79 | 07 | REPORT OF U.S. MAGISTRATE- amending caption of case to read "Dr. H. Shiloh Theriault -vs- Hal Hopkins, Warden, F.C.I., Memphis" and ordering respondent to respond to certain allegations within 15 days- copies to Judge Brown, U.S. Attorney, and Shiloh |
| 6-79 |  | Mar. Ret. on summons exec. 7-26-79 as to Hal Hopkins, Warden, FCI. |
| 17-79 | 8 | MOTION TO CONSOLIDATE CASES |
| 21/79 | 9. | ORDER - consolidated with 79-2504, 79-2539 & 79-2541 - CHJ, McRae, Brown, USA & Theriault |
| 23-79 | 10 | MOTION OF PLAINTIFF TO STOP THE GOVERNMENT FROM FURTHER LYING IN THESE CASES TO CONSOLIDATE THEM AND GET ITS OWN WAY AGAINST PETITIONERS- copies to Judge and U.S.A. |
| /23/79 | 11 | ORDER OF TRANSFER - from Judge Bailey Brown To Judge McRae, CHJB, CHJM, USA & GODFREY |
| -17-79 | 12 | MOTION TO RESPOND TO ALL ORDERS AT ONE TIME.   CHJM |
| -19-79 | 13 | ORDER -- Defendant to address, in a single pleading, all the issues raised by the pleadings and Court orders on or before September 23, 1979.  CHJM, USA and Shiloh |
| 21-79 | 14 | MOTION FOR SUMMARY JUDGMENT, MEMO ATTACHED |
| 28-79 | 15 | REPLY OF DR. H. SHILOH THERIAULT- chj |
| 02 79 | 16 | MEMORANDUM AND ORDER OF MAGISTRATE STRIKING "REPLY OF DR. H. SHILOH THERIAULT" AND ORDERING CLERK TO RETURN PLEADING TO PLAINTIFF- copies to Judge McRae, Magistrate, U.S.A. and Theriault |
| )-2-79 |  | Sent copies of 9-28-79 filing back to Theriault |
| 0/5/79 | 17. | SUPPLEMENTAL MEMORANDUM OF FACTS & LAW |
| 1/30/79 | 18. | NOTICE OF DECISION BY THE U. S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA IN RE BUREAU OF PRISONS' MAIL REGULATIONS |

| DIST. | OFF. | DOCKET |  | FILING DATE |  |  | J | N/S | O | D PTF | DEF | R 23 | DEMAND |  | JUDGE/MAG NUMBER | JURY DEM. | DOCKET |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | YR. | NUMBER | MO. | DAY | YEAR |  |  |  |  |  |  | $ NEAREST $1,000 | OTHER |  |  | YR. | NUMBER |
| 651 | 2 | 79 | 2539 | 08 | 01 | 79 | 2 | 530 | 1 |  |  |  |  | 5104 ~~5103~~ |  |  | 79 | 2539 |

**PLAINTIFFS**

MEADOWS, Howard W.

**DEFENDANTS**

HOPKINS, Warden Hal R.

*Consolidated 8-21-79 with*
*79-2504*
*79-2518*
*79-2541*

*trans. to Judge McRae 8-23-79*

# ROBERT M. McRAE, JR.

CAUSE

Complaint Challenging Conditions of Confinement in Federal Prison

**ATTORNEYS**

Howard W. Meadows  #20886-101
Federal Correctional Institution
1101 John A. Denie Road
Memphis, Tennessee    38134

Office of the U.S. Attorney
1058 Federal Bldg.
Memphis, Tennessee    38103

| CHECK HERE IF CASE WAS FILED IN FORMA | FILING FEES PAID |  |  | STATISTICAL |  |
|---|---|---|---|---|---|
|  | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| ☒ | 8/1/79 | 70 |  | JS-5 |  |
|  |  |  |  | JS-6 |  |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8 01 79 | 01 | ORDER ALLOWING SUIT TO BE FILED ON P.O. AND ORDERING RESPONDENT TO SHOW CAUSE WITHIN 23 DAYS- copies to Meadows, U.S. Attorney (w/petition), Hopkins (cert. mail w/petition), and Judge Brown |
| 8 01 79 | 02 | COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT IN FEDERAL PRISON- copy Judge Brown |
| 8/10/79 | 3. | ORDER OF REFERENCE - CHJ, MAG., USA & MEADOWS |
| 8-17-79 | 4 | |
| XXX&X&XXXX | | MOTION TO CONSOLIDATE CASES |
| 8/21/79 | 5. | ORDER - consolidated with 79-2504, 79-2518, & 79-2541 - CHJ McRae, Brown, USA & Meadows |
| /23/79 | 6. | ORDER OF TRANSFER - from Judge Bailey Brown To Judge McRae - CHJB CHJM, USA & MEADOWS |
| /31/79 | 7. | MOTION FOR APPOINTMENT OF COUNSEL |
| 9-17-79 | 8 | MOTION TO RESPOND TO ALL ORDERS AT ONE TIME    CHJM |
| -19-79 | 9 | ORDER -- Defendant to address, in a single pleading, all the issues raised by the pleadings and Court orders on or before September 23, 1979.  CHJM, USA and Meadows |
| 9-21-79 | 10 | MOTION FOR SUMMARY JUDGMENT, MEMO ATTACHED |
| 9-28-79 | 11 | REPLY OF DR. H. SHILOH THERIAULT- chj |
| 10-02 79 | 12 | MEMORANDUM AND ORDER OF MAGISTRATE STRIKING "REPLY OF DR. H. SHILOH THERIAULT" AND ORDERING CLERK TO RETURN PLEADING TO PLAINTIFF- copies to Judge McRae, Magistrate U.S.A. and Theriault |
| 10-2-79 | | Sent copies of 9-28-79 filing back to Theriault |
| 10/5/79 | 13. | SUPPLEMENTAL MEMORANDUM OF FACTS & LAW |
| 10 10 79 | 14. | TRAVERSE TO MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT- copies to Judge McRae and U.S. Attorney |
| 11/30/79 | 15. | NOTICE OF DECISION BY THE U. S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA IN RE BUREAU OF PRISONS' MAIL REGULATIONS |
| 2-17-79 | 16 | *NOTICE OF DECISION RE: PRISONER MAIL CENSORSHIP- copies to Judge and U.S.A.* |

| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO. DAY YEAR | J | N/S | O | D PTF DEF | R 23 | S | DEMAND NEAREST $1,000 | OTHER | JUDGE/MAG NUMBER | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 651 | 2 | 79 | 2541 | 08 02 79 | 2 | 530 | 1 | | | | | | 5104 ~~5103~~ | | 79 | 2541 |

**PLAINTIFFS**

GODFREY, Johnny

**DEFENDANTS**

HOPKINS, Hal, Warden

Consolidated 8-21-79
with
79-2504
79-2518
79-2539

ROBERT M. McRAE, JR.

trans. to Judge McRae 8-23-79

**CAUSE**

Complaint Challenging Conditions of Confinement in
Federal Prison- Mail Privileges

**ATTORNEYS**

Johnny Godfrey
Federal Correctional Institution
P.O. Box 34550
Memphis, Tennessee   38134

Office of the U.S. Attorney
1058 Federal Bldg.
Memphis, Tennessee   38103

| CHECK HERE IF CASE WAS FILED IN | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| ✓ | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | P.O. | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8 02 79 | 01 | COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT IN FEDERAL PRISON -chjb |
| 8 02 79 | 02 | SUPPORTIVE FACTS AND ACTIONS OF OFFICIALS OF F.C.I., MEMPHIS, TENNESSEE- chjb |
| 8 02 79 | 03 | MOTION FOR TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE, FOR A PRELIMINARY INJUNCTION RULE 65, FEDERAL RULES OF CIVIL PROCEDURE- chjb |
| 8 02 79 | 04 | MEMORANDUM AND ORDER- case allowed on p.o. and respondent to show cause within 23 days- copies to Gofrey, U.S. Attorney (with complaint, facts, and motion), Judge Brown, and Hopkins (w/complaint, facts, and motion-cert. mail) |
| 8/10/79 | 5. | ORDER OF REFERENCE - CHJ, MAG., USA & GODFREY |
| 8-17-79 | 6 | MOTION TO CONSOLIDATE CASES |
| 8/21/79 | 7. | ORDER - consolidated with 79-2504, 79-2518, & 79-2539 - CHJ McRae, Brown, USA & Godfrey |
| 8/23/79 | 8. | ORDER OF TRANSFER - from Judge Bailey Brown To Judge McRae - CHJB, CHJM, USA & GODFREY |
| 9-17-79 | 9 | MOTION TO RESPOND TO ALL ORDERS AT ONE TIME   CHJM |
| 9-18-79 | 10. | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFT'S. MOTION TO DISMISS/MOTION FOR S.J. |
| 9-19-79 | 11 | ORDER -- Defendant to address, in a single pleading, all the issues raised by the pleadings and Court orders on or before September 23, 1979.   CHJM, USA and Codfr |
| 9-21-79 | 12 | MOTION FOR SUMMARY JUDGMENT, MEMO ATTACHED |
| 9-28-79 | 13 | REPLY OF DR. H. SHILOH THERIAULT-chj |
| 10 02 79 | 14 | MEMORANDUM AND ORDER OF MAGISTRATE STRIKING "REPLY OF DR. H. SHILOH THERIAULT" AND ORDERING CLERK TO RETURN PLEADING TO PLAINTIFF- copies to Judge McRae, Magistrate, U.S.A., and Theriault |
| 10-2-79 | | Sent copies of 9-28-79 filing back to Theriault |
| 10/5/79 | 15. | SUPPLEMENTAL MEMORANDUM OF FACTS & LAW |
| 11/30/79 | 16. | NOTICT OF DECISION BY THT U. S. DISTRICT COURT, FOR THE DISTRICT OF COLUMBIA IN RE BUCEAU OF PRISONS' MAIL REGULATIONS |

DOCKET NO. 68

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE CHURCH OF NEW SONG

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Kansas L-1510-CV | dismissed amended complaint dismissed | 1/5/71 2/1/71 | |
| A-2 | Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | S.D. Ind. TH-70-C-96-CV | | | |
| A-3 | Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | E.D. Ill. 70-186-D-CV | | | |
| A-4 | Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | N.D. Ga. 13872-CV-70 | | | |
| A-5 | Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | D. C. 568-71 | | | |

*Motion also listed an action pending in D.C. - notified D.C. but was advised the complaint had not been filed for failure to file affidavit of poverty for all plaintiffs.

DOCKET NO. 68 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CHURCH OF THE NEW SONG

Description of Litigation

(NEW MOTION)

| Date(s) of Hearing(s) | |
|---|---|
| Date(s) of Opinion(s) or Order(s) | |
| Consolidation Ordered | Name of Transferee Judge |
| Consolidation Denied | Transferee District |

Summary of Panel Action

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dr. Harry W. Theriault, et al. v. George Bartels, et al. | Kansas Stanley | L-2227 | | | | Action dismd. 8/18/72 by Stanley, J. |
| A-2 | Dr. Harry W. Theriault, et al. v. Establishment of Religion on Taxpayers' Money, etc., et al. | E.D.Ill | CV 70-186-D Wise | | | | |
| A-3 | Church of the New Song, et al. v. Establishment of Religion on Taxpayers' Money and the Federal Bureau of Prisons, et al. | E.D.Ill | CV 72-178-D Wise | | | | |
| A-4 | Dr. Harry W. Theriault v. Frederick Silber, Director, U.S. Chaplain Service, et al. | W.D.Tex | (El Paso) EP-72-CA-242 | | | | Action Closed 5th Cir Denied Pet. for Writ of Mandamus 3/4/73 |
| A-5 | Dr. Harry W. Theriault, et al. v. Warden, Terminal Island Federal Prison, et al. | C.D.Cal. | 72-1822-WMB | | | | |
| A-6 | Mav. Thomas W. Wiggins, Minister, Church of the New Song, et al. v. Norman A. Carlson, Director, Bureau of Prisons, et al. | C.D.Cal. | 72-1540-WMB | | | 10/5/73 | |
| A-7 | Church of the New Song, Dr. Harry Theriault, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | S.D.Ind | TH-70-C-96-CV | | | | ACTION CLOSED 11/6/70 -- STILL CLOSED AS OF 9/30/72 |

DOCKET NO. 68 (CONTINUED)                                            PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Dr. Harry W. Theriault, et al. v. Norman A. Carlson, Director, Bureau of Prisons, et al. | N.D.Ga. Edenfield | 13872 | | | | 5th Cir. 73-2183 w/o Opin. 3/5/75 |
| A-9 | Clovis Carl Green, Jr. v. Pasquale J. Ciccone, M.D., etc. et al. | W.D. Mo. Oliver | 3015-1-R | | | | ) Petitions for<br>) writ of habeas<br>) corpus dis-<br>) missed without<br>) prejudice --<br>) 10/24/72 by<br>) Judge Oliver |
| A-10 | Clovis Carl Green, Jr. v. Pasquale J. Ciccone, M.D., etc., et al. | W.D. Mo. Oliver | 3027-1-R | | | | |
| A-11 | Clovis Carl Green, Jr. v. Pasquale J. Ciccone, M.D., etc. | W.D. Mo. Oliver | 3042-1-R | | | | |
| A-12 | In re Church of the New Song | E.D.Cal. | Misc. No. MIS-1377 | | | | PETITION TO PROCEED IN FORMA PAUPERIS DENIED |
| B-1 | The Church of the New Song, et al. v. Raymond K. Procunier, et al. | N.D. Cal. | C-73-0345-ACW | | | | ) motion of<br>) plaintiffs<br>) see 3/28/73 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 68 -- IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 thru A-12 | Bishop Harry W. Theriault<br>Church of the New Song<br>La Tuna Box 1000<br>Anthony, New Mexico 88021 | Robert J. Roth, Esquire<br>United States Attorney<br>Post Office Box 2098<br>Wichita, Kansas 67201 |
| A-8 | Glen Zell, Esquire<br>Horn, Zell & Hames<br>822 - 15 Peachtree St., N.E.<br>Atlanta, Georgia 30303<br><br>Jerry Mark Dorrough<br>Box PMB 87089-131<br>U. S. Penitentiary<br>Atlanta, Georgia 30315<br><br><br><br>Mav. Thomas Wiggins, S.R.M.<br>P.O. Box W (46691)<br>Lompoc, California 93436<br><br>J. Jane Fox, S.R.M., Attorney<br>United States Jurisconsult for<br>  Church of the New Song<br>P.O. Box 2001<br>Iowa City, Iowa 52240 | Reverand George Bartels<br>Chaplain<br>United States Penitentiary<br>Leavenworth, Kansas<br><br>Mr. S. J. Britton<br>Warden<br>United States Penitentiary<br>Leavenworth, Kansas<br><br>Reverend Frederick Silber<br>Director, Government Chaplain Services<br>Bureau of Prisons, Dept. of Justice<br>Washington, D. C.<br><br>Mr. Norman A. Carlson<br>Director, Bureau of Prisons<br>Department of Justice<br>Washington, D. C.<br><br>Charles D. McAtee, Esquire<br>Asst. United States Attorney<br>Topeka, Kansas<br><br>Henry A. Schwarz, Esquire<br>United States Attorney<br>Post Office Building<br>327 Missouri Avenue<br>East St. Louis, Illinois 62202<br><br>Jonathan J. Seagle, Esquire<br>Asst. United States Attorney<br>Danville, Illinois |

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | Warden<br>Terminal Island Federal Prison<br>Women's Section<br>San Pedro, California<br><br>William S. Sessions, Esquire<br>343 Federal Building<br>Post Office Box 1701<br>615 Houston Street<br>San Antonio, Texas   78206<br><br>William D. Keller, Esquire<br>United States Attorney<br>1269 United States Courthouse<br>312 N. Spring Street<br>Los Angeles, California 90012<br><br>Stanley B. Miller, Esquire<br>United States Attorney<br>246 Federal Building<br>Ohio & Meridian Streets<br>Indianapolis, Indiana   46204<br><br>Frank F. Kenton<br>Warden<br>Federal Correctional Institution<br>Lompoc, California<br><br>Rev. Austin L. Ingram<br>Protestant Chaplain<br>United States Department of Justice<br>Bureau of Prisons<br>Federal Correctional Institution<br>Lompoc, California<br><br>Fr. Robert Gearan<br>Catholic Chaplain<br>U. S. District of Justice<br>Bureau of Prisons<br>Federal Correctional Institution<br>Lompoc, California<br><br>John W. Stokes, Esquire<br>United States Attorney<br>P. Bruce Kirwan, Esquire<br>Asst. United States Attorney<br>Post Office Box 912<br>Atlanta, Georgia   30301 |
| No. | Plaintiff | Defendant |

DOCKET NO. 68

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant | |
|---|---|---|---|
| A-1<br>A-2<br>A-3<br>A-4 | Dr. Harry Theriault<br>Bishop of Tellus<br>Post Office Box 1000<br>Marion, Illinois  62959<br><br>Reverend Dr. Jerry Mark Dorrough<br>Church of the New Song<br>PMB<br>Atlanta, Georgia  30315<br><br>Edward Parsons, Esquire<br>Chapter Director-Counsel<br>American Civil Liberties Union<br>Sixth South Clark Street<br>Chicago, Illinois  60603 | Reverand George Bartels<br>Chaplain<br>United States Penitentiary<br>Leavenworth, Kansas | (A-1) |
| | | Rabbi [Reverend] Norman Kehrki<br>Chaplain<br>United States Penitentiary<br>Leavenworth, Kansas | (A-1) |
| | | Mr. Robert Mosely<br>Warden<br>United States Penitentiary<br>Leavenworth, Kansas | (A-1) |
| | | Mr. P. G. Smith<br>Warden<br>United States Penitentiary<br>Terre Haute, Indiana | (A-2) |
| | | Mr. W. W. Tucker, Jr.<br>Associate Warden<br>United States Penitentiary<br>Terre Haute, Indiana | (A-2) |
| | | Reverend William G. Ezell<br>Chaplain<br>United States Penitentiary<br>Marion, Illinois | (A-3) |
| | | Fr. Anthony Vanucci<br>Chaplain<br>United States Penitentiary<br>Marion, Illinois | (A-3) |
| | | Fr. Raymond A. Beane<br>Chaplain<br>United States Penitentiary<br>Atlanta, Georgia | |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Fr. Stephen Rolko<br>Chaplain<br>United States Penitentiary<br>Lewisburg, Pennsylvania<br><br>Fr. William Joyce, SJ<br>Chaplain<br>United States Penitentiary<br>McNeil Island, Washington<br><br>Fr. Harold Hammerstein, OSB<br>Chaplain<br>United States Penitenitary<br>Terre Haute, Indiana<br><br>Reverend Thomas Schiffer<br>Chaplain<br>United States Reformatory<br>Alderson, West Virginia<br><br>Fr. Richard Beckman<br>Chaplain<br>United States Reformatory<br>El Reno, Oklahoma<br><br>Fr. Walter Barrett, OMI<br>Chaplain<br>United States Reformatory<br>Petersburg, Virginia<br><br>Fr. Daniel Deehan, Chaplain<br>United States Correctional Institution<br>Danbury, Connecticut<br><br>Fr. Richard Houlahan<br>Chaplain<br>United States Correctional Institution<br>La Tuna, Texas<br><br>Fr. Jeremiah F. Gearan<br>Chaplain<br>United States Correctional Institution<br>Lompoc, California<br><br>Fr. Raymond Klauke<br>Chaplain<br>U. S. Correctional Institution<br>Milan, Michigan<br><br>Fr. Edward Coleman, OMI<br>Chaplain<br>U.S. Correctional Institution<br>Sandstone, Minnesota<br><br>Fr. Henry Pardyka<br>Chaplain<br>U.S. Correctional Institution<br>Seagoville, Texas |

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 68 -- IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | Burt C. Hurn, Esquire<br>United States Attorney<br>549 U. S. Courthouse<br>811 Grand Avenue<br>Kansas City, Missouri  64106<br><br>D. Dwayne Keyes, Esquire<br>United States Attorney<br>2058 Federal Building<br>650 Capitol Mall<br>Sacramento, California  95814<br><br>FOR SERIVCE FOR ALL SUITS BY PRISONERS<br><br>Carl W. Belcher, Esquire<br>Chief, General Crime Section<br>Criminal Division<br>Department of Justice<br>Washington, D. C.<br>  Attn:  Gerhard Kleinschmidt, Esq.<br>DO NOT OPEN IN MAILROOM<br>DELIVER IMMEDIATELY<br><br>H. L. Crockett, Esquire     (739-2273)<br>Bureau of Prisons<br>101 Indiana Avenue<br>Washington, D.C. |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Fr. Thomas Ryan, OMI<br>Chaplain<br>U. S. Correctional Institution<br>Terminal Island, California<br><br>Fr. Robert Johnson<br>Chaplain<br>U.S. Correctional Institution<br>Texarkana, Texas<br><br>Fr. Leo F. Trimbur<br>Chaplain<br>Federal Youth Center<br>Ashland, Kentucky<br><br>Fr. Daniel Kelleher<br>Chaplain<br>Federal Youth Center<br>Englewood, Colorado<br><br>Fr. Paul W. Hickey<br>Chaplain<br>Federal Youth Center<br>Morgantown, West Virginia<br><br>Fr. Matthew Heymann, OSB<br>Chaplain<br>Medical Center for Federal Prisoners<br>Springfield, Missouri<br><br>Fr. J. F. Cockerill<br>Chaplain<br>Medical Center for Federal Prisoners<br>New York, New York<br><br>Reverend Jack A. Hanberry<br>Chaplain<br>United States Penitentiary<br>Atlanta, Georgia |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Reverend George Bolton<br>United States Penitentiary<br>Lewisburg, Pennsylvania |
| | | Reverend Lawrence Mathre<br>United States Penitentiary<br>McNeil Island, Washington |
| | | Reverend Ralph Graham<br>United States Penitentiary<br>Terre Haute, Indiana |
| | | Reverend Donald Jiskoot<br>United States Reformatory<br>Alderson, West Virginia |
| | | Reverend Norman Nissen<br>United States Reformatory<br>El Reno, Oklahoma |
| | | Reverend Milan Kralik<br>United States Reformatory<br>Petersburg, Virginia |
| | | Reverend Eugene Stump<br>U. S. Correctional Institution<br>Danbury, Connecticut |
| | | Reverend Austin Ingram<br>U. S. Correctional Institution<br>Lompoc, California |
| | | Reverend Don Severson<br>U. S. Correctional Institution<br>Sandstone, Minnesota |
| | | Reverend Richard Siders<br>U. S. Correctional Institution<br>Seagoville, Texas |
| | | Reverend John Mates<br>U. S. Correctional Institution<br>Terminal Island, California |
| | | Reverend Nathan L. Heffley<br>U. S. Correctional Institution<br>Texarkana, Texas |
| | | Reverend Richard Neustifter<br>Federal Youth Center<br>Ahsland, Kentucky |
| | | Reverend W. Mark Shedron<br>Federal Youth Center<br>Englewood, Colorado |
| No. | Plaintiff | Defendant |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Reverend R. Richard Summer<br>Federal Youth Center<br>Morgantown, West Virginia<br><br>Reverend Harold Washburn<br>Medical Center for Federal Prisoners<br>Springfield, Missouri<br><br>Reverend Sterling Minturn<br>Medical Center for Federal Prisoners<br>New York, New York<br><br>Rabbi Philip Posner<br>United States Penitentiary<br>Atlanta, Georgia<br><br>Rabbi David Schwartz<br>United States Penitentiary<br>Lewisburg, Pennsylvania<br><br>Rabbi Richard Rosenthal<br>United States Penitentiary<br>McNeil Island, Washington<br><br>Rabbi Bernard Cohen<br>United States Penitenitary<br>Terre Haute, Indiana<br><br>Rabbi Solomon Jacobson<br>United States Reformatory<br>Petersburg, Virginia<br><br>Rabbi Jerome Malino<br>U. S. Correctional Institution<br>Danbury, Connecticut<br><br>Rabbi Leo Heim<br>U. S. Correctional Institution<br>La Tuna, Texas<br><br>Rabbi Neil Brief<br>U. S. Correctional Institution<br>Lompoc, California |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Rabbi Solomon Gruskin<br>U. S. Correctional Institution<br>Milan, Michigan<br><br>Rabbi Kamens<br>U. S. Correctional Institution<br>Sandstone, Minnesota<br><br>Rabbi Sidney Guthman<br>U. S. Correctional Institution<br>Terminal Island, California<br><br>Rabbi Joseph Levine<br>U. S. Correctional Institution<br>Texarkana, Texas<br><br>Rabbi Astroshon<br>Federal Youth Center<br>Ashland, Kentucky<br><br>Rabbi Herbert Wilner<br>Federal Youth Center<br>Morgantown, West Virginia<br><br>Rabbi William Cohen<br>Medical Center for Federal Prisoners<br>Springfield, Missouri<br><br>Rabbi I. F. Hollander<br>Medical Center for Federal Prisoners<br>New York, New York<br><br>Mr. Norman A. Carlson<br>Director, Bureau of Prisons<br>Department of Justice<br>Wshington, D. C.<br><br>Honorable John N. Mitchell<br>Attorney General of the United States<br>Department of Justice<br>Washington, D. C.<br><br>Rev. Frederick Silber<br>Director, Government Chaplain Services<br>Bureau of Prisons, Dept. of Justice<br>Washington, D. C.<br><br>Government Cahtolic Chaplain<br>Correctional Institution<br>Tallahassee, Florida |
| No. | Plaintiff | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE CHURCH OF THE NEW SONG

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Robert J. Roth, Esquire<br>United States Attorney<br>Wichita, Kansas<br><br>Stanley B. Miller, Esquire<br>United States Attorney<br>Indianapolis, Indiana<br><br>Henry A. Schwarz, Esquire<br>United States Attorney<br>East St. Louis, Illinois<br><br>John W. Stokes, Jr., Esquire<br>United States Attorney<br>Atlanta, Georgia<br><br>Thomas A. Flannery, Esquire<br>United States Attorney<br>Wshington, D. C. |