DOCKET NO. 68

MAY 27 1971

PATRICIA S. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re:  In re Church of the New Song

ORDER

Upon consideration of the pleadings and files in these actions and it appearing that there are few if any common questions of fact among these actions and further that four of the five actions have been dismissed or injunctive relief has been denied, and appeals have been taken therefrom;

IT IS ORDERED that the motion to transfer under 28 U.S.C. §1407 be and the same is hereby DENIED.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A

DOCKET NO. 68

### DISTRICT OF KANSAS

| | |
|---|---|
| Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Civil Action No. L-1510-CV |

### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Civil Action No. TH-70-C-96-CV |

### EASTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Civil Action No. 70-186-D-CV |

### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of Religion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Civil Action No. 13872-CV-70 |

### DISTRICT OF COLUMBIA

| | |
|---|---|
| Church of the New Song, Dr. Harry Theriault, Bishop, et al. v. Establishment of REligion on Taxpayers' Money in the Federal Bureau of Prisons, et al. | Civil Action No. 568-71 |

DOCKET NO. 68

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Church of the New Song Litigation

2/1/77

## ORDER DENYING TRANSFER AS MOOT

It appearing that the actions listed on the attached Schedule A and formerly pending the the Northern District of California, the Central District of California, the Western District of Missouri and the Northern District of Georgia have been dismissed, and

It appearing that the actions listed on the attached Schedule A and formerly pending in the Eastern District of Illinois are now on appeal in the United States Court of Appeals for the Seventh Circuit,

IT IS THEREFORE ORDERED that movants' motion pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A								DOCKET NO. 68

### EASTERN DISTRICT OF ILLINOIS

Dr. Harry W. Theriault, et al. v. Establish-  
ment of Religion on Taxpayers' Money, etc.,  
et al.

Civil Action  
No. CV 70-186-D

Church of the New Song, et al. v. Establish-  
ment of Religion on Taxpayers' Money and the  
Federal Bureau of Prisons, et al.

Civil Action  
No. CV 72-178-D

### CENTRAL DISTRICT OF CALIFORNIA

Dr. Harry W. Theriault, et al. v. Warden,  
Terminal Island Federal Prisons, et al.

Civil Action  
No. 72-1822-WMB

Mav. Thomas W. Wiggins, Minister, Church of  
the New Song, et al. v. Norman A. Carlson,  
Director, Bureau of Prisons, et al.

Civil Action  
No. 72-1540-WMB

### NORTHERN DISTRICT OF GEORGIA

Dr. Harry W. Theriault, et al. v. Norman A.  
Carlson, Director, Bureau of Prisons, et al.[1/]

Civil Action  
No. 13872

### NORTHERN DISTRICT OF CALIFORNIA

The Church of the New Song, et al. v. Raymond  
K. Procunier, et al.

Civil Action  
No. C-73-0345-ACW

### WESTERN DISTRICT OF MISSOURI

Clovis Carl Green, Jr. v. Pasquale J. Ciccone,  
M.D., etc., et al.

Civil Action  
No. 3015-1-R

Clovis Carl Green, Jr. v. Pasquale J. Ciccone,  
M.D., etc.

Civil Action  
No. 3027-1-R

Clovis Carl Green, Jr. v. Pasquale J. Ciccone,  
M.D., etc.

Civil Action  
No. 3042-1-R

---

1/After movant's motion under Section 1407 was filed, this action was transferred to the United States District Court for the Western District of Texas (El Paso) pursuant to 28 U.S.C. §1404(a), where it was docketed as Dr. Harry W. Theriault, et al. v. Frederick Silver, Director of the United States Chaplains Service, et al., Civil Action No. E 72-CA-212. Movant never moved the Panel to amend his Schedule A to reflect this Section 1404(a) transfer, however.